WILLARD H. JONES et al., Appellants, *v.* JOSEPH H. HOADLEY et al., Respondents, Impleaded with Another.

*Jones* v. *Hoadley*, 115 App. Div. 479, affirmed.
(Argued June 17, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1906, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial in an action by brokers to recover a balance alleged to be due on account of stock transactions.

*Edmund L. Mooney, Denis O'Brien* and *Solomon Hanford* for appellants.

*George S. Graham, Ralph P. Buell, J. S. L'Amoreaux, Alton B. Parker* and *Anson McCook Beard* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

HATTIE C. LAMB, Appellant, *v.* HENRY M. WILLIS, Respondent.

*Lamb* v. *Willis*, 125 App. Div. 183, affirmed.
(Submitted June 18, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action for trespass in cutting trees on plaintiff's land.

*John J. Crawford* for appellant.

*Robert B. Knowles* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.